UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELMER O'CONNELL,<br><br>           Petitioner,<br><br>  vs.<br><br>JEFF UTTECH,<br><br>           Respondent. | NO. CV-08-123-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ALL CLAIMS WITH PREJUDICE |

BEFORE THE COURT is the Report and Recommendation to grant Respondent's Motion to Dismiss All Claims With Prejudice. Petitioner timely[1] filed objections on February 20, 2009, Ct. Rec. 22, which objections the court has reviewed and finds to be without merit. Petitioner's objections raise no meritorious issues or arguments regarding counsel's investigation and witness selection. Petitioner failed to dispute the Magistrate Judge's finding that lesser included instructions in non-capital cases are not required under established federal law. Petitioner's claim of cumulative error is without merit due to his failure to show any deprivation of due process. Although Petitioner desires a new hearing, he appears to concede that the record is adequate for review of his allegations. Finally, with

---

[1] Petitioner requested additional time to filed objections, which this court granted. Ct. Rec. 21

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

regard to Petitioner's claim of ineffective assistance of counsel, the court of appeals properly based its determination on *Strickland v. Washington,* 466 U.S. 668, 686 (1984), established federal law, as found by the Magistrate Judge.

Having reviewed the February 3, 2009 Report and Recommendation (Ct. Rec. 19) and Petitioner's objections thereto (Ct. Rec. 22), the Report and Recommendation is **ADOPTED in its entirety**.

Based on the forgoing, **IT IS HEREBY ORDERED**:

1. Respondent's Answer, construed as a Motion to Dismiss under Rule 8, Rules Governing Section 2254 Cases, (**Ct. Rec. 12**) is **GRANTED** and the Petition for Writ of Habeas Corpus (Ct. Rec. 5) is **DISMISSED, with prejudice**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

**DATED** this    3rd    day of April, 2009.

*s/Lonny R. Suko*
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2