UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELMER O'CONNELL,<br><br>        Petitioner,<br><br>   v.<br><br>JEFF UTTECH,<br><br>        Respondent. | NO. CV-08-123-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court on a Report and Recommendation. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition and its claims for relief are **DISMISSED WITH PREJUDICE**, and Judgment is entered for Respondent.

DATED this 3rd day of April, 2009

                                              JAMES R. LARSEN
                                              District Court Executive/Clerk

                                              s/ L. Stejskal, Deputy Clerk